UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES T. MURZIKE,
FDOC Inmate #L07713
     Plaintiff,

vs.                        Case No.:  3:24cv196/LAC/ZCB

R. QUINN, et al.,
     Defendants.
_____/

## **ORDER**

     The magistrate judge issued a Report and Recommendation on May 8, 2024. (Doc. 5).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

     Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

     Accordingly, it is **ORDERED**:

     1.    The magistrate judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this order.

2.      This case is **DISMISSED without prejudice** as malicious, pursuant

to 28 U.S.C. § 1915A(b)(1).

3.      All pending motions are **DENIED as moot**.

4.      The Clerk of Court is directed to enter judgment accordingly and close

this case.

**DONE AND ORDERED** this 28th day of May, 2024.


 s/*L. A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**